IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

VICTOR UDAVE                                                          PLAINTIFF

        v.                            Civil No. 08-5041

DR. HUSKINS; and
NURSE SMITH                                        DEFENDANTS

**ORDER**

      As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before **December 15, 2008**. Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

      IT IS SO ORDERED this 10th day of September 2008.

                                                                    /s/ *J. Marschewski*
                                                        HON. JAMES R. MARSCHEWSKI
                                                        UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)