IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

VICTOR UDAVE                                                                                        PLAINTIFF

      v.                              Civil No. 08-5041

DR. HUSKINS; and
NURSE SMITH                                                                                      DEFENDANTS

### ORDER

On December 15, 2008, defendants filed a motion for an extension of time (Doc. 14) to file their summary judgment motion. The court ordered defendants to file the summary judgment motion by December 15th. The motion (Doc. 15) is granted. The summary judgment motion filed on December 17th will be considered timely filed.

IT IS SO ORDERED this 23rd day of December 2008.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

-1-

AO72A
(Rev. 8/82)