```
              IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

VICTOR UDAVE                                              PLAINTIFF

        v.        Civil No. 08-5041

DR. HUSKINS; and
NURSE SMITH                                              DEFENDANTS

# O R D E R

Now on this 23rd day of March, 2011, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #20), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's Complaint is hereby **dismissed**.

**IT IS SO ORDERED.**

                                            /s/ Jimm Larry Hendren
                                            JIMM LARRY HENDREN
                                            UNITED STATES DISTRICT JUDGE